In the Matter of JOHN W. McELVENEY, a Patrolman of the Police Department of the City of Albany, Respondent.

JAMES T. KEITH, Commissioner of Public Safety of the City of Albany, Appellant.

*Police — Albany (city of) — dismissal of policeman on charges properly reversed.*

*Matter of McElveney,* 214 App. Div. 741, affirmed.

(Argued November 25, 1925; decided December 15, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 8, 1925, which reversed a determination of the commissioner of public safety of the city of Albany dismissing the respondent herein from the position of patrolman in the police force of the city of Albany and directed his reinstatement. The respondent was charged with violating the rules and regulations of the police department and conducting himself in a manner unbecoming an officer in visiting, while on duty, a resort outside the city.

*Gilbert V. Schenck, Corporation Counsel* (*Anthony De Stefano* of counsel), for appellant.

*Joseph L. Delaney* and *George W. Harder* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.